UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID STEWART,

        Plaintiff, : 17 Civ. 565 (GWG)

   -v.- : ORDER

GEORGE KALTNER, et al.,

        Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

IT IS HEREBY ORDERED as follows:

(1). Trial in this matter will commence on February 3, 2020, at 10:00 a.m.

(2). Affidavits (or declarations under 28 U.S.C. § 1746) of direct testimony for witnesses who are not adverse parties or who are not testifying pursuant to subpoena must be filed on or before January 27, 2020.[1]

(3) Additional briefing on motions in limine shall take place in accordance with the schedule stated at the final pretrial conference held today.

Dated: December 16, 2019
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] The affidavit will be treated as a direct substitute for the witness's live testimony. Thus, counsel should be attentive to the Rules of Evidence (e.g., hearsay) and authenticate any exhibits that will be offered through that witness's testimony. Three business days after the filing of such affidavits, counsel for the adverse party shall submit a list of all affiants whom he or she intends to cross-examine at the trial. Only those witnesses who will be cross-examined need to appear at trial. The original signed affidavits shall be brought to trial to be marked as exhibits, at which time any objections to particular paragraphs of an affidavit can be made.