USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
DAVID STEWART, INDIVIDUALLY AND ON BEHALF
OF ALL OTHER EMPLOYEES SIMILARLY SITUATED

      Plaintiffs

- against -

GEORGE KALTNER, AVATAR TECHNOLOGIES INC.,
SALES TECHNOLOGIES INC., SALES TECHNOLOGIES
LLC., AVATAR OUTSOURCING, INC.,

      Defendants.
-----------------------------------------------------------------------x

Civil Action No.:

17-cv-565 (GWG)

In accordance with the decision as issued by the Court December 16, 2019 concerning the production of settlement agreements which Defendants have deemed confidential, and the Court having found that good cause exists for issuance of an appropriately tailored confidentiality order, it is therefore and hereby:

ORDERED that any person subject to this Order — including without limitation the parties to this action, their representatives, agents, experts and consultants, all third parties providing discovery in this action, and all other interested persons with actual or constructive notice of this Order — shall adhere to the following terms, upon risk of being found in contempt:

1. Defendants are to produce, to be deemed as Confidential, the settlement agreements (the "Agreements") entered into (a) by and between Defendants and Mr. Ben Tal and (b) by and between Defendants and Mr. Peter Vasquez, as reached in the case of Kaltner, et. al. v. Stewart, et. a., Civil Action No.: 7:16-cv-9337-KMK-LMS.

2. The Agreements are to be used exclusively for trial in the matter of Stewart v. Kaltner, et. al., Civil Action No.: 17-cv-565 (GWG), and may not be used or disclosed for any other purposes, and will be marked for Attorneys Eyes Only unless otherwise directed by the Court.

3. Each person who has access to the Agreements shall take all due precautions to prevent the unauthorized or inadvertent disclosure of the Agreements.

4. This Protective Order shall survive the termination of the litigation.

5. Within 30 days of the final disposition of this action, the Agreements and all copies thereof, shall be promptly returned to Defendants, or, upon permission of Defendants, be destroyed.

6. During the pendency of this case only, this Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof.

SO ORDERED.

Dated:   New York, New York

December 20, 299
[MONTH] [DAY], [YEAR]

_____
Hon. Gabriel W. Gornstein
United States Magistrate Judge