USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID STEWART                                       :
                                                                      :   ORDER
                              Plaintiff,                         :   17 Civ. 565 (GWG)
                                                                      :
      -v.-                                                         :
                                                                      :
GEORGE KALTNER, et al.,                         :
                                                                      :
                              Defendants.                   :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

A telephone conference in this matter is scheduled for <u>Thursday, March 5, 2020, at 10:00 a.m.</u>

At the above date and time, Mr. Joshua A. Lorie or other attorney for defendant is directed to place a call to the Court at (212) 805-4260 with all parties on the line.[1] All counsel who intend to speak during the call must use a landline or phone with equivalent quality. Also, when addressing the Court, counsel must <u>not</u> use a speakerphone.

Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time. The parties should follow paragraph 1.F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

SO ORDERED.

Dated: March 2, 2020
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] If the call is arranged through a commercial communications service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call. Only a toll-free service should be used.