

**15 Warren Street, Suite 36**
**Hackensack, New Jersey 07601**
*Phone 201-518-9999*

**532 Union Street**
**Brooklyn, New York 11215**
*Phone 347-770-7712*

*Fax 347-772-3074*
www.luriestrupinsky.com

**Joshua M. Lurie, Esq.** *(licensed in NY, NJ, VT)*
**Eugene Strupinsky, Esq.** *(licensed in NY)*

**Damian Albergo, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Michael J.S. Pontone, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Victoria Smolyar, Esq.** *(of Counsel, Licensed in NY, NJ)*

**Helen Dukhan, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Paul Hirsch, Esq.** *(of Counsel, Licensed in NY)*

June 17, 2020

**Via ECF**
Hon. Gabriel W. Gorenstein, U.S.M.J
United States District Court, for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

      Re:    <u>Stewart v. Kaltner, et al.</u>
             Civil Case No.: 1:17-cv-565

Dear Magistrate Judge Gorenstein,

    I apologize for the delay in uploading Defendants' executed copy of the settlement. It was my hope to have this in a single document. I was requesting a finalized form of the settlement from Plaintiff's counsel last week and it was not produced until approximately 10:50AM on Friday, June 12, 2020. I was concerned about not having a PDF version to ensure that the parties were executing the same document. By the time I was able to forward that to my client, he was away for the weekend. Upon his return, I conferred with him and he executed the annexed version which is the same version as provided by the Plaintiff.

    I respectfully request that the Court accept this settlement consistent with *Cheeks* and its progeny such that this matter may come to a close.

                             Respectfully submitted,

                             Joshua M. Lurie, Esq.

JML:me
Enclosure

cc:    Jacob Y. Chen, Esq. (via ECF)