UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID STEWART                                    :
                                                 :    ORDER OF DISCONTINUANCE
            Plaintiff,                           :    17 Civ. 565 (GWG)
                                                 :
    -v.-                                         :
                                                 :
GEORGE KALTNER, et al.,                          :
                                                 :
            Defendants.                          :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This case contains claims under the Fair Labor Standards Act. On September 25, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In filings dated June 12, 2020 (Docket # 187) and June 17, 2020 (Docket # 188), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: June 17, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge